# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2025

## NO. 03-25-00145-CV

**Leah Michal Rauhut, Appellant**

**v.**

**The City of Killeen and Killeen Animal Services, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
REVERSED AND REMANDED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order of dismissal signed by the trial court on October 16, 2024. The parties have filed an agreed motion to dismiss the appeal, set aside the order, and remand the case to the trial court, and having considered the motion the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part, reverses the order of the trial court, and remands the case to the trial court for further proceedings. Each party shall bear the costs of appeal incurred by that party, both in this Court and in the court below.